IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:13CR00124-001

DANA R. WHITT-SMITH

ORDER

A show cause hearing was held on June 30, 2015 regarding the Defendant's efforts while on supervision to pay restitution. Based upon the Defendant's failure to comply with the Order entered July 10, 2015, the Defendant shall appear before the Court for an additional show cause hearing.

It is therefore ORDERED that the Defendant, Dana Whitt-Smith, appear at the Thomas G. Abernathy Federal Building, 301 W. Commerce Street, Courtroom 1, Aberdeen, Mississippi, on Wednesday, May 17, 2017 at 10:00 a.m.

This the 1st day of May, 2017.

_____
U.S. DISTRICT JUDGE