IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 1:13CR00124-001

Dana Whitt-Smith  DEFENDANT

ORDER

The Court conducted a show cause hearing on May 17, 2017, in regard to the Defendant's efforts while on supervision, to repay the Court ordered obligations. Based upon the information presented to the Court by the U.S. Probation Officer and the Defendant, the Court orders the following actions:

It is hereby ORDERED that:

1. The defendant shall file a 2016 tax return within 30 days and is required to provide the U.S. Probation Officer and Financial Litigation Unit a copy of the return within 30 days.

2. The defendant shall pay the $2,870 arrearage within 45 days, as well as any other amount accrued during that time.

3. The defendant shall seek and secure employment and report to the U.S. Probation Officer in detail any and all efforts in obtaining employment within 30 days.

So ORDERED, this the 17th day of May, 2017.

/s/ Sharion Aycock
SHARION AYCOCK
CHIEF U.S. DISTRICT JUDGE